**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:   THOMAS STAFFORD | : | Chapter 13 |
| | : | |
| | : | |
| Debtor | : | Bankruptcy No. 23-10050 |

**O R D E R**

AND NOW, this **25th** day of **January** 2023, upon consideration of the debtor's motion for an extension of time, it is HEREBY ORDERED that said motion is GRANTED. The debtor shall file all required documents on or before **February 18, 2023.**

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE