| Company Code | Loc/Dept | Number | Page | | |
|---|---|---|---|---|---|
| KB / B66 24450335 | 01/000100 | 52698 | 1 of 1 | **Earnings Statement** | **ADP** |

Information Systems Staffing Inc
225 E City Ave Suite 205
Bala Cynwyd, PA 19004-1724

Period Starting: 10/30/2022
Period Ending: 11/12/2022
Pay Date: 11/18/2022

Taxable Marital Status: Single
Exemptions/Allowances:        Tax Override:
  Federal:    4              Federal:
  State:      0              State:
  Local:      0              Local:
Social Security Number:    XXX-XX-XXXX

Thomas C Stafford
6491 Woodbine Ave
Philadelphia, PA 19151

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 144.2400 | 80.00 | 11539.20 | 264247.68 |
| Holiday | | | 0.00 | 1153.92 |
| **Gross Pay** | | | **$11,539.20** | **$265,401.60** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -2730.04 | 62790.92 |
| Social Security | 0.00 | 9114.00 |
| Medicare | -166.95 | 3839.67 |
| Medicare - HI | -103.62 | 583.24 |
| Pennsylvania State Income | -353.46 | 8129.58 |
| Pennsylvania State UI | -6.92 | 159.23 |
| Phila R Local Income | -437.34 | 10139.18 |
| Lower Merion Twp Local | -2.00 | 46.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *Dental pre-tax | -25.96 | 597.08 |

| Net Pay | | $7,712.91 |
|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Personal | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 16.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 16.00 |
| Vacation | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 160.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 160.00 |
| Total Hours Worked | 80.00 | 1832.00 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are $11,513.24
* Excluded from Federal taxable wages

Information Systems Staffing Inc
225 E City Ave Suite 205
Bala Cynwyd, PA 19004-1724

63-751/631

Payroll Check Number: 52698
Pay Date: 11/18/2022

**THIS IS NOT A CHECK**

Pay to the order of: Thomas C Stafford
This amount: SEVEN THOUSAND SEVEN HUNDRED TWELVE AND 91/100

$7,712.91

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

Wells Fargo Bank, N.A.

Thomas C Stafford
6491 Woodbine Ave
Philadelphia, PA 19151

| Company Code | Loc/Dept | Number | Page | | |
|---|---|---|---|---|---|
| KB / B66 24450335 | 01/000100 | 52724 | 1 of 1 | **Earnings Statement** |  ADP |

Information Systems Staffing Inc
225 E City Ave Suite 205
Bala Cynwyd, PA 19004-1724

Period Starting: 11/13/2022
Period Ending: 11/26/2022
Pay Date: 12/02/2022

Taxable Marital Status: Single
Exemptions/Allowances:   Tax Override:
  Federal:  4      Federal:
  State:    0      State:
  Local:    0      Local:
Social Security Number: XXX-XX-XXXX

Thomas C Stafford
6491 Woodbine Ave
Philadelphia, PA 19151

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 144.2400 | 80.00 | 11539.20 | 275786.88 |
| Holiday | | | 0.00 | 1153.92 |
| **Gross Pay** | | | **$11,539.20** | **$276,940.80** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -2730.04 | 65520.96 |
| Social Security | 0.00 | 9114.00 |
| Medicare | -166.94 | 4006.61 |
| Medicare - HI | -103.62 | 686.86 |
| Pennsylvania State Income | -353.46 | 8483.04 |
| Pennsylvania State UI | -6.93 | 166.16 |
| Phila R Local Income | -437.34 | 10576.52 |
| Lower Merion Twp Local | -2.00 | 48.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *Dental pre-tax | -25.96 | 623.04 |

| Net Pay | | $7,712.91 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Personal | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 16.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 16.00 |
| Vacation | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 160.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 160.00 |
| Total Hours Worked | 80.00 | 1912.00 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are $11,513.24
* Excluded from Federal taxable wages

Information Systems Staffing Inc
225 E City Ave Suite 205
Bala Cynwyd, PA 19004-1724

63-751/631
Payroll Check Number: 52724
Pay Date: 12/02/2022

Pay to the order of: Thomas C Stafford
This amount:   SEVEN THOUSAND SEVEN HUNDRED TWELVE AND 91/100        $7,712.91

**THIS IS NOT A CHECK**
VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

Wells Fargo Bank, N.A.

Thomas C Stafford
6491 Woodbine Ave
Philadelphia, PA 19151

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KB / B66 24450335 | 01/000100 | 52752 | 1 of 1 |

Information Systems Staffing Inc
225 E City Ave Suite 205
Bala Cynwyd, PA 19004-1724

**Earnings Statement**

ADP

Period Starting: 11/27/2022
Period Ending: 12/10/2022
Pay Date: 12/16/2022

Taxable Marital Status: Single
Exemptions/Allowances:     Tax Override:
  Federal: 4      Federal:
  State: 0      State:
  Local: 0      Local:
Social Security Number: XXX-XX-XXXX

Thomas C Stafford
6491 Woodbine Ave
Philadelphia, PA 19151

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 144.2400 | 80.00 | 11539.20 | 287326.08 |
| Holiday | | | 0.00 | 1153.92 |
| **Gross Pay** | | | **$11,539.20** | **$288,480.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -2730.04 | 68251.00 |
| Social Security | 0.00 | 9114.00 |
| Medicare | -166.94 | 4173.55 |
| Medicare - HI | -103.62 | 790.48 |
| Pennsylvania State Income | -353.46 | 8836.50 |
| Pennsylvania State UI | -6.92 | 173.08 |
| Phila R Local Income | -437.34 | 11013.86 |
| Lower Merion Twp Local | -2.00 | 50.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *Dental pre-tax | -25.96 | 649.00 |

| Net Pay | $7,712.92 |
|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Personal | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 16.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 16.00 |
| Vacation | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 160.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 160.00 |
| Total Hours Worked | 80.00 | 1992.00 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are $11,513.24
* Excluded from Federal taxable wages

Information Systems Staffing Inc
225 E City Ave Suite 205
Bala Cynwyd, PA 19004-1724

63-751/631

Payroll Check Number: 52752
Pay Date: 12/16/2022

Pay to the order of: Thomas C Stafford
This amount: SEVEN THOUSAND SEVEN HUNDRED TWELVE AND 92/100

$7,712.92

THIS IS NOT A CHECK
VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

Wells Fargo Bank, N.A.

Thomas C Stafford
6491 Woodbine Ave
Philadelphia, PA 19151

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KB / B66 24450335 | 01/000100 | 52780 | 1 of 1 |

Information Systems Staffing Inc
225 E City Ave Suite 205
Bala Cynwyd, PA 19004-1724

**Earnings Statement**

ADP

Period Starting: 12/11/2022
Period Ending: 12/24/2022
Pay Date: 12/30/2022

Taxable Marital Status: Single
Exemptions/Allowances:        Tax Override:
  Federal:  4                   Federal:
  State:    0                   State:
  Local:    0                   Local:
Social Security Number: XXX-XX-XXXX

Thomas C Stafford
6491 Woodbine Ave
Philadelphia, PA 19151

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 144.2400 | 80.00 | 11539.20 | 298865.28 |
| Holiday | | | 0.00 | 1153.92 |
| Gross Pay | | | $11,539.20 | $300,019.20 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -2730.04 | 70981.04 |
| Social Security | 0.00 | 9114.00 |
| Medicare | -166.94 | 4340.49 |
| Medicare - HI | -103.62 | 894.10 |
| Pennsylvania State Income | -353.46 | 9189.96 |
| Pennsylvania State UI | -6.92 | 180.00 |
| Phila R Local Income | -437.34 | 11451.20 |
| Lower Merion Twp Local | -2.00 | 52.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *Dental pre-tax | -25.96 | 674.96 |

| Net Pay | | $7,712.92 |
|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Personal | | |
|  - Carry Over | | 0.00 |
|  - Accrued Hours | 0.00 | 16.00 |
|  - Taken Hours | 0.00 | 0.00 |
|  - Balance | | 16.00 |
| Vacation | | |
|  - Carry Over | | 0.00 |
|  - Accrued Hours | 0.00 | 160.00 |
|  - Taken Hours | 0.00 | 0.00 |
|  - Balance | | 160.00 |
| Total Hours Worked | 80.00 | 2072.00 |

**Important Notes**

Basis of pay: Hourly

Your federal taxable wages this period are $11,513.24
* Excluded from Federal taxable wages

Information Systems Staffing Inc
225 E City Ave Suite 205
Bala Cynwyd, PA 19004-1724

63-751/631

Payroll Check Number: 52780
Pay Date: 12/30/2022

Pay to the order of: Thomas C Stafford

This amount: SEVEN THOUSAND SEVEN HUNDRED TWELVE AND 92/100

$7,712.92

**THIS IS NOT A CHECK**

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

Wells Fargo Bank, N.A.

Thomas C Stafford
6491 Woodbine Ave
Philadelphia, PA 19151

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KB / B66 24450335 | 01/000100 | 52813 | 1 of 1 |

Information Systems Staffing Inc
225 E City Ave Suite 205
Bala Cynwyd, PA 19004-1724

**Earnings Statement**

ADP

Period Starting: 12/25/2022
Period Ending: 01/07/2023
Pay Date: 01/13/2023

Taxable Marital Status: Single
Exemptions/Allowances:          Tax Override:
  Federal:  4                     Federal:
  State:    0                     State:
  Local:    0                     Local:
Social Security Number: XXX-XX-XXXX

Thomas C Stafford
6491 Woodbine Ave
Philadelphia, PA 19151

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 144.2400 | 72.00 | 10385.28 | 10385.28 |
| Holiday | 144.2400 | 8.00 | 1153.92 | 1153.92 |
| Gross Pay | | | $11,539.20 | $11,539.20 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -2655.53 | 2655.53 |
| Social Security | -715.43 | 715.43 |
| Medicare | -167.32 | 167.32 |
| Pennsylvania State Income | -354.25 | 354.25 |
| Pennsylvania State UI | -8.08 | 8.08 |
| Phila R Local Income | -437.34 | 437.34 |
| Lower Merion Twp Local | -2.00 | 2.00 |

Net Pay    $7,199.25

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Personal | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 16.00 | 16.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 16.00 |
| Vacation | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 160.00 | 160.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 160.00 |
| Total Hours Worked | 72.00 | 72.00 |

**Important Notes**

Basis of pay: Hourly

Your federal taxable wages this period are $11,539.20

Information Systems Staffing Inc
225 E City Ave Suite 205
Bala Cynwyd, PA 19004-1724

63-751/631

Payroll Check Number: 52813
Pay Date: 01/13/2023

Pay to the order of: Thomas C Stafford
This amount: SEVEN THOUSAND ONE HUNDRED NINETY NINE AND 25/100    $7,199.25

THIS IS NOT A CHECK
VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

Wells Fargo Bank, N.A.

Thomas C Stafford
6491 Woodbine Ave
Philadelphia, PA 19151

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KB / B66 24450335 | 01/000100 | 52846 | 1 of 1 |

Information Systems Staffing Inc
225 E City Ave Suite 205
Bala Cynwyd, PA 19004-1724

**EARNINGS Statement**  ADP

Period Starting: 01/08/2023
Period Ending: 01/21/2023
Pay Date: 01/27/2023

Taxable Marital Status: Single
Exemptions/Allowances:         Tax Override:
  Federal:  4                    Federal:
  State:    0                    State:
  Local:    0                    Local:
Social Security Number: XXX-XX-XXXX

Thomas C Stafford
6491 Woodbine Ave
Philadelphia, PA 19151

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 144.2400 | 80.00 | 11539.20 | 21924.48 |
| Holiday | | | 0.00 | 1153.92 |
| **Gross Pay** | | | **$11,539.20** | **$23,078.40** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -2655.53 | 5311.06 |
| Social Security | -715.43 | 1430.86 |
| Medicare | -167.32 | 334.64 |
| Pennsylvania State Income | -354.25 | 708.50 |
| Pennsylvania State UI | -8.07 | 16.15 |
| Phila R Local Income | -437.34 | 874.68 |
| Lower Merion Twp Local | -2.00 | 4.00 |

**Net Pay**  $7,199.26

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Personal | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 16.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 16.00 |
| Vacation | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 160.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 160.00 |
| Total Hours Worked | 80.00 | 152.00 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are $11,539.20

Information Systems Staffing Inc
225 E City Ave Suite 205
Bala Cynwyd, PA 19004-1724

63-751/631

Payroll Check Number: 52846
Pay Date: 01/27/2023

Pay to the order of: Thomas C Stafford
This amount: SEVEN THOUSAND ONE HUNDRED NINETY NINE AND 26/100

$7,199.26

**THIS IS NOT A CHECK**
VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

Wells Fargo Bank, N.A.

Thomas C Stafford
6491 Woodbine Ave
Philadelphia, PA 19151