# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 23-10050-MDC

THOMAS C. STAFFORD

6491 WOODBINE AVENUE

PHILADELPHIA, PA 19151-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

THOMAS C. STAFFORD

6491 WOODBINE AVENUE

PHILADELPHIA, PA 19151-

Counsel for debtor(s), by electronic notice only.

    ZACHARY PERLICK, ESQ.
    1420 WALNUT ST
    SUITE 718
    PHILADELPHIA, PA 19102-

Date: 5/12/2023

    /S/ Kenneth E. West
    _____
    Kenneth E. West, Esquire
    Chapter 13 Standing Trustee