# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Thomas C. Stafford**<br>                        **Debtor** | **CHAPTER 13** |
| **The Bank of New York Mellon, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2007-12**<br>                        **Movant** | **NO.** 23-10050 MDC |
| **vs.** | |
| **Thomas C. Stafford**<br>**Kenneth E. West, Trustee**<br>                        **Respondents** | |

## ORDER

Upon consideration of the Objection to Confirmation of the Chapter 13 Plan filed by The Bank of New York Mellon, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2007-12, it is **Ordered** and **Decreed** that confirmation is **denied**.

_____
Bankruptcy Judge