# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| **IN RE: Thomas C. Stafford**<br>　　　　　　　　　　**Debtor**<br><br>**The Bank of New York Mellon, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2007-12**<br>　　　　　　　　　　**Movant**<br>　　vs.<br><br>**Thomas C. Stafford**<br>**Kenneth E. West, Trustee**<br>　　　　　　　　　　**Respondents** | CHAPTER 13<br>BK. NO. 23-10050 MDC |

## **CERTIFICATION OF SERVICE**

I, the undersigned, hereby certify that the foregoing Objection to Confirmation was served by first class mail, postage pre-paid, upon the parties listed below on **June 2, 2023**.

Kenneth E. West
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Zachary Perlick Esq.
1420 Walnut Street (VIA ECF)
Suite 718
Philadelphia, PA 19102

Thomas C. Stafford
6491 Woodbine Avenue
Philadelphia, PA 19151


Date: June 2, 2023

　　　　　　　　　　　　　　　　　　　　By: /s/Denise Carlon, Esquire
　　　　　　　　　　　　　　　　　　　　　　Denise Carlon, Esquire
　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　215-627-1322
　　　　　　　　　　　　　　　　　　　　　　Attorney for Movant/Applicant