**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:         THOMAS STAFFORD       : CHAPTER 13

                                           :

                                           :

         DEBTOR                     : BANKRUPTCY NO. 23-10050

CERTIFICATION OF SERVICE

      I hereby certify that true and correct copies of the Order Dismissing Chapter 13

Case has been served upon the Debtor, Trustee and all creditors on June 16, 2023 by

regular first class mail.

                       BY:    /Zachary Perlick/

                           Zachary Perlick, Esquire

                           1420 Walnut Street, Suite 718

                           Philadelphia, PA  19107

                           (215) 569-2922