IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | THOMAS STAFFORD | CHAPTER 13 |
| | DEBTOR | BANKRUPTCY No. 23-10050MDC |

### ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

| | |
|---|---|
| Total fee award: | $4,725.00 |
| Total expense cost: | $    20.00 |
| Attorney fee already paid by Debtor | $2,000.00 |
| Total amount paid to Trustee | $ 1,500.00 |
| Net amount to be paid by Trustee | $ 1,380.00 |

The net amount is to be paid by the Trustee to Zachary Perlick, Esquire, from available funds in the Debtor's estate.

BY THE COURT:

*Magdeline D. Coleman*

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Dated: September 15, 2023